IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-179-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MEGAN ELIZABETH BARDEEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the petitions of Corning Federal Credit Union [DE-32] and Michelle Clayton [DE-34] for relief from the court's preliminary order of forfeiture regarding the real property located at 5809 Hyatt Lane, Wilmington, North Carolina. The Government shall file a response by no later than **June 20, 2019**, setting forth its position regarding the interests asserted in the petitions.

SO ORDERED, this the 7 day of June 2019.

Robert B. Jones, Jr.
United States Magistrate Judge